[No. 39696-0-I.   Division One.   June 1, 1998.]

COMMONWEALTH LAND TITLE INSURANCE COMPANY, ET AL., *Appellants*, v. GULF UNDERWRITERS INSURANCE COMPANY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 96-2-05533-6, Peter Jarvis, J., entered November 6, 1996. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Coleman and Webster, JJ.

[No. 39698-6-I.   Division One.   June 1, 1998.]

SUMMER POND PROPERTIES, INC., *Respondent*, v. TRANSAMERICA TITLE INSURANCE COMPANY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-2-30347-3, Mary Wicks Brucker, J., entered November 4, 1996. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Agid, A.C.J., and Becker, J.

[No. 39732-0-I.   Division One.   June 1, 1998.]

*In the Matter of the Estate of* THEODORE L. CHOATE.

*In the Matter of the Estate of* ALICE R. CHOATE.

SUSAN K. GRAHAM, *as Personal Representative*, ET AL., *Appellants*, v. GUARDIANS FOR MINOR BENEFICIARIES OF ESTATE OF THEODORE L. CHOATE, *Respondents*.

Appeal from a judgment of the Superior Court for Skagit County, No. 94-4-00197-3, George E. McIntosh, J., entered October 22, 1996. *Affirmed in part* and *remanded* by unpublished opinion per Baker, J., concurred in by Coleman and Ellington, JJ.